UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LEROY STRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Defendants. | Case No. 5:24-cv-01628-MCS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Re Complaint (Dkt. 7), and the Report and Recommendation of the magistrate judge (Dkt. 13, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Plaintiff's Requests to Proceed In Forma Pauperis (Dkt. 4, 10) are DENIED and Judgment shall be entered dismissing this action with prejudice.

Dated: November 21, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　United States District Judge