JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LEROY STRONG, | Case No. 5:24-cv-01628-MCS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: November 21, 2024

_____
MARK C. SCARSI
United States District Judge